PROB 12C
(7/93)

Report Date: March 25, 2015

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 25, 2015

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: George Norman                                Case Number: 0980 2:02CR02120-EFS-1

Address of Offender: ▮

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: January 14, 2003

Original Offense:    Count 6: Distribution of a Controlled Substance, Methamphetamine and Aiding and Abetting, 21 U.S.C. § 841 (a)(1) & 18:2

Original Sentence:   Prison 120 months; TSR - 48 months        Type of Supervision: Supervised Release

Asst. U.S. Attorney: Shawn N. Anderson                         Date Supervision Commenced: June 10, 2011

Defense Attorney:    To be determined                          Date Supervision Expires: June 9, 2015

### PETITIONING THE COURT

**To issue a warrant.**

This probation officer believes the offender has violated the following conditions of supervision:

Violation Number | Nature of Noncompliance

1 | **Special Condition # 16**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: The defendant provided a urine sample on March 5, 2015, which tested presumptive positive for marijuana, amphetamine and opiates. The specimen was sent for further analysis and was confirmed positive for marijuana metabolite, extended opiates oxycodone and/or metabolite and amphetamines on March 9, 2015.

2 | **Standard Condition # 5**: The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons.

**Supporting Evidence**: The defendant has not been lawfully employed since approximately October 2014, when he terminated his employment at a local car dealership.

3 | **Standard Condition # 6**: The defendant shall notify the probation officer at least 10 days prior to any change in residence or employment.

Case 2:02-cr-02120-EFS   Document 44   Filed 03/25/15

Prob12C
**Re: Norman, George**
**March 25, 2015**
**Page 2**

**Supporting Evidence**: On March 5, 2015, the defendant, on his monthly report form, indicated he was residing at 10005 Orchard Avenue, Yakima, Washington. This officer traveled to the defendant's reported address on March 23, 2015; January 20, 2015; and December 18, 2014, and could not locate the defendant at this address. On March 24, 2015, this officer learned Mr. Norman was no longer staying at the above-listed address and he moved a couple weeks prior. The defendant's current whereabouts are unknown.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 25, 2015

s/Stephen Krous

Stephen Krous
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[XX] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

March 25, 2015
Date