PROB 12C
(7/93)

Report Date: April 23, 2015

# United States District Court

for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Apr 23, 2015**

SEAN F. McAVOY, CLERK

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: George Norman                Case Number: 0980 2:02CR02120-EFS-1

Address of Offender: ███████████████████████████████████████████████

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea
                                      Senior U.S. District Judge

Date of Original Sentence: January 14, 2003

| | |
|---|---|
| Original Offense: | Distribution of a Controlled Substance, Methamphetamine and Aiding and Abetting and Possession of a Controlled Substance, 21 U.S.C. § 841(a)(1) & 18:2 |
| Original Sentence: | Prison 120 months; TSR - 48 months |
| Asst. U.S. Attorney: | Shawn N. Anderson |
| Defense Attorney: | Alex B. Hernandez, III |

Type of Supervision: Supervised Release

Date Supervision Commenced: June 10, 2011

Date Supervision Expires: June 9, 2015

---

### PETITIONING THE COURT

**To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 03/25/2015.**

The probation officer believes the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Standard Condition # 2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first 5 days of each month. |

          **Supporting Evidence**: The defendant failed to come to the office and complete his monthly report form between the first and the fifth of April.

5        **Special Condition # 16**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

          **Supporting Evidence**: This officer met with Mr. Norman at the Yakima County Jail on April 23, 2015, and at that time, he disclosed a friend gave him opiate medications about two years ago to help him cope with back and hernia pain. When the pills were no long available he began using heroin. He admitted he has been using heroin intravenously as well as snorting the drug for about 24 months.

I declare under penalty of perjury the foregoing is true and correct.

Executed on:   April 23, 2015

s/Stephen Krous

Stephen Krous
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

April 23, 2015
Date