PROB 12C
(7/93)

Report Date: February 19, 2016

# United States District Court

for the

Eastern District of Washington

Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: George Lee Norman     Case Number: 0980 2:02CR02120-EFS-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: January 14, 2003

Original Offense:     Distribution of a Controlled Substance, Methamphetamine and Aiding and Abetting,
                      21 U.S.C. § 841 (a) (1)

Original Sentence:    Prison - 120 months;            Type of Supervision: Supervised Release
                      TSR - 48 months

Asst. U.S. Attorney:  Thomas J. Hanlon                Date Supervision Commenced: October 22, 2015

Defense Attorney:     Rick Lee Hoffman                Date Supervision Expires: October 21, 2016

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number | Nature of Noncompliance

1 | **Mandatory Condition # 4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

**Supporting Evidence**: Mr. Norman was released from custody on October 22, 2015. Since that time he has provided random urinalysis samples that were confirmed positive for extended opiates by laboratory analysis on the following dates: November 17, and 22, 2015; December 17, and 21, 2015; January 3, 2016; and February 16, 2016. He has also failed to provide random urinalysis tests on the following dates: November 25, 2015; and January 7, 11, and 19, 2016.

2 | **Special Condition # 15**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.

Prob12C
**Re: Norman, George Lee**
**February 19, 2016**
**Page 2**

**Supporting Evidence**: Mr. Norman completed a substance abuse assessment on November 10, 2015. He started the intensive outpatient treatment program on January 5, 2016. The defendant failed to attend his treatment sessions on the following dates: January 6, 19, and 21, 2016; and February 16, 2016. The offender signed a behavior contract with his counselor on February 11, 2016, and agreed to not miss any more treatment sessions. However, he missed his group session on February 16, 2016, leading to his termination from substance abuse treatment services.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   February 19, 2016

s/Stephen Krous

Stephen Krous
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[XX]  The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

*Edward F. Shea*

Signature of Judicial Officer
February 23, 2016
Date