PROB 12C
(7/93)

Report Date:  March 7, 2016

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: George Lee Norman                Case Number: 0980 2:02CR02120-EFS-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: January 14, 2003

| | |
|---|---|
| Original Offense: | Distribution of a Controlled Substance, Methamphetamine and Aiding and Abetting, 21 U.S.C. § 841 (a) (1) |
| Original Sentence: | Prison 120 months;  TSR - 48 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: October 22, 2015 |
| Defense Attorney: | Rick Lee Hoffman | Date Supervision Expires: October 21, 2016 |

## PETITIONING THE COURT

**To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 02/19/2016.**

The probation officer believes the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Standard Condition # 2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first 5 days of each month.

**Supporting Evidence**: Mr. Norman failed to report to the U.S. Probation Office to complete his monthly supervision report form between the first 5 days during the month of March 2016. |
| 4 | **Standard Condition # 6**: The defendant shall notify the probation officer at least 10 days prior to any change in residence or employment.

**Supporting Evidence**: Mr. Norman moved from his residence on February 5, 2016.  He has not reported a change in his address or residence. |

**Prob12C**
**Re: Norman, George Lee**
**March 7, 2016**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   March 7, 2016
_____

s/Stephen Krous
_____

Stephen Krous
U.S. Probation Officer

THE COURT ORDERS

[  ]   No Action
[  ]   The Issuance of a Warrant
[  ]   The Issuance of a Summons
[xx]   The incorporation of the violation(s) contained in this
       petition with the other violations pending before the
       Court.
[  ]   Defendant to appear before the Judge assigned to the
       case.
[xx]   Defendant to appear before the Magistrate Judge.
[  ]   Other

*Edward F. Shea*
_____

Signature of Judicial Officer

March 7, 2016
_____

Date